B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern Dist of Oh

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jutte Electric LTD** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**30-0143409** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1001 Industrial Drive**<br>**PO Box 534**<br>**Fort Recovery, OH**<br>ZIP Code **45846** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mercer** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Randy L Reeves #0009934 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jutte Electric LTD** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Jutte Electric LTD** |
|---|---|

*(This page must be completed and filed in every case)*

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X** **/s/ Randy L Reeves**
Signature of Attorney for Debtor(s)

**Randy L Reeves #0009934**
Printed Name of Attorney for Debtor(s)

**Randy L. Reeves Co., LPA**
Firm Name

**973 W. North St.**
**Lima, OH 45805**

Address

Email: randy@reeveslpa.com
**419-228-2122  Fax: 419-222-6718**
Telephone Number

**June 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Kenneth R. Jutte**
Signature of Authorized Individual

**Kenneth R. Jutte**
Printed Name of Authorized Individual

**C.E.O.**
Title of Authorized Individual

**June 16, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern Dist of Oh

In re **Jutte Electric LTD**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ADI<br>263 Old Country Rd<br>Melville, NY 11747 | ADI<br>263 Old Country Rd<br>Melville, NY 11747 | Trade debt | | 15,703.30 |
| Edison Equipment<br>2225 McKinley Ave<br>Columbus, OH 43204 | Edison Equipment<br>2225 McKinley Ave<br>Columbus, OH 43204 | Trade debt | | 27,962.04 |
| Elliott Electric Supply<br>PO Box 630610<br>Nacogdoches, TX 75963-0610 | Elliott Electric Supply<br>PO Box 630610<br>Nacogdoches, TX 75963-0610 | Trade debt | | 65,080.12 |
| First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | Business Real Estate Located At: 1001 Industrial Dr Ft Recovery OH 45846 and Residential Real Estate located at: 3719 Wabash Rd Ft Recovery OH 458 | | 400,000.00 (284,000.00 secured) (880,313.00 senior lien) |
| First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | Business Real Estate Located At: 1001 Industrial Dr Ft Recovery OH 45846 and Residential Real Estate located at: 3719 Wabash Rd Ft Recovery OH 458 | | 375,813.61 (284,000.00 secured) (504,499.39 senior lien) |

In re **Jutte Electric LTD** Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | SBA Loan<br>Business Real Estate Located At: 1001 Industrial Dr Ft Recovery OH 45846<br>and Residential Real Estate located at: 3719 Wabash Rd Ft Recov | | 192,470.83<br>(284,000.00 secured)<br>(312,028.56 senior lien) |
| First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | First Financial Bank<br>PO Box 170<br>Celina, OH 45822 | Business Real Estate Located At: 1001 Industrial Dr Ft Recovery OH 45846<br>and Residential Real Estate located at: 3719 Wabash Rd Ft Recovery OH 458 | | 308,341.98<br>(284,000.00 secured)<br>(3,686.58 senior lien) |
| Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 | Ford Credit<br>PO Box 790093<br>Saint Louis, MO 63179 | Lease of 2008 Ford Expedition | | 28,861.50 |
| Hamler-Gingrich Insurance<br>102 N Miami St<br>PO Box 129<br>West Milton, OH 45383 | Hamler-Gingrich Insurance<br>102 N Miami St<br>PO Box 129<br>West Milton, OH 45383 | Services | | 22,315.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Business Real Estate Located At: 1001 Industrial Dr Ft Recovery OH 45846<br><br>see attached legal description | | 63,173.85<br>(284,000.00 secured)<br>(1,280,313.00 senior lien) |
| Jeff Roessner<br>704 Little Turtle Dr<br>Fort Recovery, OH 45846 | Jeff Roessner<br>704 Little Turtle Dr<br>Fort Recovery, OH 45846 | Working Capital | | 110,000.00 |
| Joseph and Rebecca Fox<br>330 Hartford Dr<br>Lancaster, OH 43130 | Joseph and Rebecca Fox<br>330 Hartford Dr<br>Lancaster, OH 43130 | Business Real Estate Locate at: 1855 Refugee Rd Columbus OH 43207<br><br>see attached legal description | | 410,000.00<br><br>(200,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Jutte Electric LTD** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Loeb Electric Company Inc**<br>**915 Williams Ave**<br>**Columbus, OH 43212** | **Loeb Electric Company Inc**<br>**915 Williams Ave**<br>**Columbus, OH 43212** | **Trade debt** | | **62,491.61** |
| **Maxwell Lighting Protection**<br>**621 Pond St**<br>**Dayton, OH 45402** | **Maxwell Lighting Protection**<br>**621 Pond St**<br>**Dayton, OH 45402** | **Trade debt** | | **26,250.00** |
| **Northwest Underground Inc**<br>**701 A Monroe St**<br>**PO Box 184**<br>**Arcadia, OH 44804-0184** | **Northwest Underground Inc**<br>**701 A Monroe St**<br>**PO Box 184**<br>**Arcadia, OH 44804-0184** | **Trade debt** | | **18,006.25** |
| **Ohio Dept of Taxation**<br>**Attn: Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | **Ohio Dept of Taxation**<br>**Attn: Bankruptcy Division**<br>**Columbus, OH 43216-0530** | **941 Tax** | | **56,567.13** |
| **Ohio Dept of Taxation**<br>**Attn: Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | **Ohio Dept of Taxation**<br>**Attn: Bankruptcy Division**<br>**Columbus, OH 43216-0530** | **941 Income Tax** | | **95,773.77** |
| **Rexel**<br>**PO Box 766**<br>**Attn: Credit Department**<br>**Addison, TX 75001-0766** | **Rexel**<br>**PO Box 766**<br>**Attn: Credit Department**<br>**Addison, TX 75001-0766** | **Trade Debt** | | **14,454.85** |
| **Rexel Electrical & Datacom Supplies**<br>**PO Box 347009**<br>**Pittsburgh, PA 15251-4009** | **Rexel Electrical & Datacom Supplies**<br>**PO Box 347009**<br>**Pittsburgh, PA 15251-4009** | **Trade debt** | | **216,027.64** |
| **Stanley Security Solutions**<br>**Dept CH 10504**<br>**Palatine, IL 60055-0504** | **Stanley Security Solutions**<br>**Dept CH 10504**<br>**Palatine, IL 60055-0504** | **Trade debt** | | **35,473.99** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the C.E.O. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 16, 2011** Signature **/s/ Kenneth R. Jutte**
**Kenneth R. Jutte**
**C.E.O.**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Ace Hardware
910 E Columbus St
Kenton OH 43326


Ace Industrial Supply Inc
7535 San Fernando Blvd
Burbank CA 91505-1044


ADI
263 Old Country Rd
Melville NY 11747


Artworks by Phil Wood
112 W Butler St
PO Box 308
Fort Recovery OH 45846


Assistant US Aty
Northern Dis of OH
Western Div
4 Seagate Third Fl
Toledo OH 43604


Ault  Henderson  Lewis CPAs
324 E Third St
Greenville OH 45331


AutoNation
PO Box 141149
Irving TX 75014-1149


Banc of America Leasing
PO Box 405874
Atlanta GA 30384-5874


Becker Electric Supply Co
1341 E Fourth St
Dayton OH 45402-2235


Big State Industrial Supply
1865 Iowa Ave
Riverside CA 92507

Buckeye Power Sales Co Inc
6850 Commerce Court Dr
PO Box 489
Blacklick OH 43004-0489


C O P S  Monitoring
PO Box 839
Williamstown NJ 08094


c/o Attorney General
Collection Enforecement Section
Attn  Bankruptcy Staff
150 E Gay Street  21st Floor
Columbus OH 43215


Chuck's Septic Tank
Sewer and Drain Cleaning Inc
1500 Feddern Ave
Grove City OH 43123


Cintas Corporation #716
Location 716
PO Box 630803
Cincinnati OH 45263-0803


City of Athens Income Tax Dept
8 East Washington Street  Ste 303
Athens OH 45701-2496


City of Cambridge
Income Tax Department
1131 Steubenville Ave
Cambridge OH 43725-2596


City of Dublin
Department of Taxation
PO Box 9062
Dublin OH 43017-0962


Columbus-City Treasurer
Power Sewer and Water Services
PO Box 182882
Columbus OH 43218-2882

Dayton Power and Light
PO Box 1247
Dayton OH 45401


Dominion East Ohio
P O Box 26785
Richmond VA 23261


Dominion Voice and Data
7419 Whitepine Rd
Richmond VA 23237


Dunn  Christopher
7360 Snyder Rd
Orient OH 43146


Edison Equipment
2225 McKinley Ave
Columbus OH 43204


Elliott Electric Supply
PO Box 630610
Nacogdoches TX 75963-0610


Elsas  Randy
9850 State Route 121
Versailles OH 45380


Ernst Concrete
OP Box 13577
Dayton OH 45413-0577


Farm Plan
PO Box 4450
Carol Stream IL 60197-4450


Fastenal Company
PO Box 1286
Winona MN 55987-1286


First Communications LLC
PO Box 182854
Columbus OH 43218-2854

First Financial Bank
PO Box 170
Celina OH 45822


First Merchants Bank
405 W Chestnut St
Union City IN 47390


Ford Credit
PO Box 790093
Saint Louis MO 63179


Ford Motor Credit
4501 Circle 75 Parkway Ste 20
PO Box 105704
Atlanta GA 30348


Four-U Office Supplies
1640 Industrial Dr
Celina OH 45822


Ft  Recovery Lumber Co
PO Box 633
Fort Recovery OH 45846-9530


Funk Electrical Services Inc
PO Box 683
Hagerstown MD 21741


Gaddis  Anthony
462 Heritage Blvd
Delaware OH 43015


Gagel Hardware
8581 State Route 119
PO Box 8
Maria Stein OH 45860


GE Money Bank
PO Box 960061
Orlando FL 32896-0061


Gentry Fire Protection Co
3540 Parkway Lane
Hilliard OH 43026

Greenberg Grant   Richards Inc
PO Box 571811
Houston TX 77257


Hamler-Gingrich Insurance
102 N Miami St
PO Box 129
West Milton OH 45383


Hardware Resources Inc
3831 Twin Creeks Dr
Columbus OH 43204


HC3 Construction
PO Box 9
Tipp City OH 45371


Hilti Inc
PO Box 21148
Tulsa OK 74121-1148


HiTech
PO Box 4356
Houston TX 77210-4356


Innovative Systems Group LLC
804 Contestoga Dr
Columbus OH 43213


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


JB Industrial
22721 Crespi St
Woodland Hills CA 91364


Jeff Roessner
704 Little Turtle Dr
Fort Recovery OH 45846


Joseph and Rebecca Fox
330 Hartford Dr
Lancaster OH 43130

Judy A Koesters
Attorney at Law
201 E Vine St
Coldwater OH 45828


Jutte Breanna
3719 Wabash Rd
Fort Recovery OH 45846


Jutte Kenneth
3719 Wabash Rd
Fort Recovery OH 45846


Jutte Tyler
405 Balsam St
Fort Recovery OH 45846


K L Tractor Sales Inc
1737 State Route 49
Fort Recovery OH 45846


Kaeser Blair Incorporated
4236 Grissom Dr
Batavia OH 45103


Kaiser Audio Video
209 Wayne St
Fort Recovery OH 45846


Kenneth and Alicia Jutte
3719 Wabash Rd
Fort Recovery OH 45846


Kenneth Jutte
3719 Wabash Rd
Fort Recovery OH 45846


Klenke's Trash Service LLC
4871 Wabash Rd
Coldwater OH 45828-9726


Lefeld Welding Steel Supplies Inc
600 N Second St
Coldwater OH 45828

Leff-Mentor
7520 Clover Ave  Ste 7
Mentor OH 44060-5200


Les Wenning Motors Inc
530 E Boundary St
Fort Recovery OH 45846


Lighting Systems of Columbus
8877 Whitney Dr
Lewis Center OH 43035


Link  Rachel
116 W Caldwell St
Fort Recovery OH 45846


Loeb Electric Company Inc
915 Williams Ave
Columbus OH 43212


Lowes
PO Box 530970
Atlanta GA 30353-0970


Mars Electric Co
38868 Mentor Ave
Willoughby OH 44094


Maxwell Lighting Protection
621 Pond St
Dayton OH 45402


McNeill  Johnathan
2467 Sanford Dr
Columbus OH 43235


Mercer County Treasurer
101 N Main St  Room 201
Celina OH 45822


Mesco Electrical Supply
PO Box 44
New Bremen OH 45869-0044

Mobile Mini Inc
7420 S Kyrene Rd Ste #101
Tempe AZ 85283

Mullinax
28825 Euclid Ave
Wickliffe OH 44092

Napa Auto Parts
205 N Wayne St
PO Box 466
Fort Recovery OH 45846

Nature's Green Nursery Inc
2335 St Rte 119
Fort Recovery OH 45846

Northwest Regional Systems
210 W Market St #1
Celina OH 45822

Northwest Underground Inc
701 A Monroe St
PO Box 184
Arcadia OH 44804-0184

Northwestern Mutual
720 E Wisconsin Ave
Milwaukee WI 53202

O'Rourke   Associates Co LPA
2 Summit Park Dr  Ste 650
Independence OH 44131

Ohio Bureau of Workers Comp
Attn  Law Section Bankruptcy Unit
PO Box 15567
Columbus OH 43215-0567

Ohio Department of Job   Family Svc
Office of Legal Services
30 E Broad St  31st Floor
Columbus OH 43215

Ohio Dept of Taxation
Attn Bankruptcy Division
PO Box 530
Columbus OH 43216-0530


Olen Corporation
PO Box 711792
Columbus OH 43271-1792


Phil Wood
Woody's Shirt Shop
PO Box 308
Fort Recovery OH 45846


Raffel's Engine Service LLC
910 N Second St
Coldwater OH 45828


Regional Income Tax Agency
PO Box 94736
Cleveland OH 44101-4736


Rexel
PO Box 766
Attn Credit Department
Addison TX 75001-0766


Rexel Electrical  Datacom Supplies
PO Box 347009
Pittsburgh PA 15251-4009


Robert T Leverette
306 S Wayne St
PO Box 96
Fort Recovery OH 45846


Sams Club
PO Box 530981
Atlanta GA 30353-0981


Second National Bank
PO Box 130
499 S Broadway
Greenville OH 45331

Shell
PO Box 689081
Des Moines IA 50368-9081


SimplexGrinnell LP
13500 Darice Pkwy
Ste B
Strongsville OH 44149-3840


Skyworks Equipment Rental
100 Thielman Dr
Buffalo NY 14206


Small Business Administration
District Counsel
1350 Euclid Ave  Ste 211
Cleveland OH 44115


Special Procedures
Room #457
1240 E 9th St
Cleveland OH 44199


Speedway SuperAmerica LLC
Attn  Credit Customer Service
PO Box 1590
Springfield OH 45501


Stanley Security Solutions
Dept CH 10504
Palatine IL 60055-0504


State Tire   Service LLC
705 Harrison Dr
Columbus OH 43204


Stein  Shawn
2029 State Route 119
Fort Recovery OH 45846


Sunbelt Rentals
PO Box 409211
Atlanta GA 30384-9211

Tomorrow's Technology Today
3241 State Route 118
Saint Henry OH 45883-9502


Transworld Systems
4000 E 5th Ave
Columbus OH 43219


Union Lighting Protection Ins
7975 Industrial Dr
Forest Park IL 60130


United Rental
898 E Cresentville Rd
Cincinnati OH 45246


United States Attorney General
US Department of Justice Tax Div
Civil Trial Section  Northern Reg
PO Box 55 Ben Franklin Station
Washington DC 20044


US Attorney General
Main Justice Building
10th  Constitution Ave  NW
Washington DC 20530


Verizon
FDBA Frontier
500 Technology Dr  Ste 300
Weldon Springs MO 63304


Village of Coldwater
Department of Taxation
610 W Sycamore St
Coldwater OH 45828-1662


Village of Fort Recovery
Income Tax Office
PO Box 459
Fort Recovery OH 45846-0459


Village of Fort Recovery
201 S Main St
PO Box 340
Fort Recovery OH 45846-0340

Warmly Yours Inc
2 Corporate Dr Ste 100
Lake Zurich IL 60047


Wayne Oil
PO Box 490
Fort Recovery OH 45846


Westfield Insurance
PO Box 9001566
Louisville KY 40290-1566


WOW Internet and Cable
PO Box 5715
Carol Stream IL 60197-5715


York Benjamin
3725 Wabash Rd
Fort Recovery OH 45846